UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES R. SEAY,

    Plaintiff,

v.                                             Case No.5:17cv268-TKW-EMT

JULIE JONES, et al.,

    Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 14). No objections to the Report and Recommendation were filed.[1] Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The Report and Recommendation was returned as undeliverable with a notation that Plaintiff was released on October 30, 2019. *See* Doc. 15. The orders with which Plaintiff did not comply predated his release, and because none of those orders were returned, Plaintiff's release does not excuse his failure to comply with those orders. Moreover, Plaintiff's failure to keep the Court apprised of his address upon release amounts to an abandonment of this case and provides another reason for dismissal.

2. This case is **DISMISSED** and the Clerk shall close the file.

3. The Clerk shall send a copy of this Order to the post-release address shown for Plaintiff on the Department of Corrections' website: 40 Sterling Brown Street, Apopka, FL 33476.

**DONE and ORDERED** this 3rd day of January, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**